**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**GARY HUNT** **PLAINTIFF**

**v.** **CASE NO. 4:12cv19-SA-JMV**

**RICKY BANKS, *et al*** **DEFENDANT**

**<u>WRIT OF HABEAS CORPUS AD TESTIFICANDUM</u>**

TO: Records
South MS Correctional Institution
P.O. Box 1419
Leakesville, MS 39451

GREETINGS:

You are hereby commanded to produce **Gary Hunt, #108302**, now detained in your custody, and deliver said prisoner to the Video Conference Room at S.M.C.I. to appear before the Honorable Jane M. Virden, United States Magistrate Judge, by video conference on October 4, 2012, at 10:30 AM to conduct a settlement conference in this cause and upon completion of the proceedings herein, to remove said prisoner to your custody.

This, 18th day of September 2012.

**DAVID CREWS, CLERK**

By: s/Dean Dacus
Courtroom Deputy