# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI

## CIVIL MINUTES - GENERAL

**CASE NO.** 4:12cv19-SA-JMV            **PLACE HELD -** Greenville

**HUNT v. BANKS,** *et al*

**DATE & TIME BEGUN/ENDED:** 10/4/2012 @ 10:30 a.m. - 2:00 p.m.

**Total Time - 3 Hours 30 min.**

**PRESENT:**      Honorable Jane M. Virden, U.S. Magistrate Judge

| **Attorney(s) for plaintiff(s)** | **Attorney(s) for defendant(s)** |
|---|---|
| Tangala Hollis | Jason Marsh |

**PROCEEDINGS:** Settlement Conference

**Docket Entry:** Case settled.

                                                      **DAVID CREWS, CLERK**

                                                   **By:** /s/ Dean Dacus
                                                                **Courtroom Deputy**