# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**GARY HUNT**                                                   **PLAINTIFF**

**VS.**                        **CIVIL ACTION NO.: 4:12-CV-00019-SA-JMV**

**RICKY BANKS AND**
**LAMORRIS HAMPTON**                               **DEFENDANTS**

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED pursuant to Rule 41(a)(1)(ii) that the above-entitled action, Civil Action No. 4:12-CV-00019-SA-JMV, against Defendants Ricky Banks and LaMorris Hampton, both in their individual and official capacities, may be dismissed with prejudice pursuant to the terms of a Release of Claims and Settlement Agreement entered into between the Plaintiff, Gary Hunt, and the Defendants, Ricky Banks and LaMorris Hampton, which Agreement includes full provisions for any and all claims of attorneys' fees and costs arising in this action. The Plaintiff and Defendants further agree that based on the foregoing Stipulation, the Court may enter an Order dismissing this cause against the Defendants with prejudice.

Dated: November 26, 2012

Respectfully submitted,

| | |
|---|---|
| */s/ Tangala L. Hollis* | */s/ Jason T. Marsh* |
| CARLOS E. MOORE, MB# 100685 | GARY E. FRIEDMAN, MB# 5532 |
| TANGALA L. HOLLIS, MB# 103301 | SAUNDRA B. STRONG, MB# 101164 |
| MOORE LAW OFFICE, PLLC | JASON T. MARSH, MB# 102986 |
| Post Office Box 1487 | PHELPS DUNBAR LLP |
| Grenada, Mississippi 38902 | Post Office Box 16114 |
| Telephone: (601) 227-9940 | Jackson, Mississippi 39236-6114 |
| | Telephone: (601) 352-2300 |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANTS** |

PD.7871786.1