**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**GARY HUNT** **PLAINTIFF**

**VS.** **CIVIL ACTION NO: 4:12-cv-00019-SA-JMV**

**RICKY BANKS AND LAMORRIS HAMPTON** **DEFENDANTS**

**AGREED ORDER OF DISMISSAL**

Pursuant to a Stipulation of Dismissal (Docket Entry No. 47) filed by the parties to this action, with the Clerk of the Court in Civil Action No. 4:12-cv-00019(SA)(JMV), the Court holds that Plaintiff's claims should be dismissed against Defendants Ricky Banks and LaMorris Hampton, with prejudice, in their entirety.

IT IS, THEREFORE, ORDERED that Plaintiff's claims against Defendants Ricky Banks and LaMorris Hampton are hereby dismissed, with prejudice, in their entirety.

SO ORDERED this the 5th day of December, 2012.

/s/ Sharion Aycock
UNITED STATES DISTRICT COURT JUDGE

*/s/ Tangala L. Hollis*
Tangala L. Hollis
Attorney for Plaintiff Gary Hunt

*/s/ Jason T. Marsh*
Jason T. Marsh
Attorney for Defendants Ricky Banks and Lamorris Hampton